# Court of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0055.  WAYMAN PRICE v. STATE OF GEORGIA.**

In this direct appeal, Wayman Price challenges the superior court's order denying his petition under OCGA § 42-1-19 to be released from the sex offender registry requirements.  Pursuant to OCGA § 5-6-35 (a) (5.2), however, "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal. Price's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/13/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*